## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT L. DAVIS** | **CIVIL ACTION** |
| vs. | **NO. 2:16-cv-00288-SSV-DEK** |
| **FREEDOM WELL SERVICES, L.L.C.** | |

### ORDER

Considering the Joint Motion to Dismiss with Prejudice brought by Plaintiff, Robert L. Davis, and Defendants, Maxum Casualty Insurance Company and Travelers Casualty and Surety Company of America;

**IT IS HEREBY ORDERED** that Freedom Well Services, L.L.C., Maxum Casualty Insurance Company and Travelers Casualty and Surety Company of America are dismissed, with prejudice, from this action, with each party to bear its own costs.

New Orleans, Louisiana this __2nd__ day of October, 2017.

*Sarah Vance*
U.S. DISTRICT JUDGE